# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

MILO SEDARAT
*Defendant*

MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa
CASE NO. 25mj11261
DATE OF PROCEEDINGS: 11/5/2025
DATE OF ARREST: 11/5/2025

PROCEEDINGS: IA

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD [ ] CJA
- [✓] WAIVER OF HRG: [✓] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [ ] Argument heard on bail
- [✓] Brady Order read into the record.

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [✓] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING SET FOR:

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

APPEARANCES:

AUSA: Sammi Malek
DEFT. COUNSEL: AREEB SALIM
PO/PTS:
INTERPRETER:
Language:

The Government requests that the defendant and Thomas-Kaan Jimenez-Guzel not have contact. A proposed separation order will follow.

TIME COMMENCED: 3:45 p
TIME TERMINATED: 3:54 p
CD NO: ECR

Joel De La Cruz
DEPUTY CLERK