**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                            Case No.: 2:25−mj−11261−AME
                                                 Magistrate Judge Andre M. Espinosa

MILO SEDARAT

                              Defendant.

## ORDER APPOINTING PUBLIC DEFENDER

    The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,
      **IT IS** on this 5th day of November, 2025,
    **ORDERED** that 11/5/2025 from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                            s/ Magistrate Judge Andre M. Espinosa

                                                                   United States Magistrate Judge